IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| VALU MERCHANDISERS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-0250-CV-W-HFS |
| | ) | |
| WORLD FINER FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is the joint motion for dismissal.

Accordingly, it is hereby

ORDERED that the joint motion for dismissal (ECF doc. 12) is GRANTED. The above captioned case is DISMISSED with prejudice, each party bearing its own costs.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

February 21, 2006

Kansas City, Missouri